No. 739 August 5, 2026 49

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

LUKE RAND JENSEN,
aka Luke Jensen,
*Defendant-Appellant.*

Malheur County Circuit Court
23CR59611, 24CR61654; A187132 (Control), A187133

Erin K. Landis, Judge.

Submitted May 8, 2026.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Peter G. Klym, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Lauren P. Robertson, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.*

LAGESEN, C. J.

Affirmed.

_____
\* Determined by a two-judge department as authorized by ORS 2.570(2)(b).

**LAGESEN, C. J.**

In this consolidated appeal, defendant appeals a judgment revoking probation in two cases and imposing a sentence totaling 135 days in jail. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.

In Case No. 23CR59611, defendant pled guilty to one count of attempted third-degree robbery and one count of fourth-degree assault constituting domestic violence. In Case No. 24CR61654, defendant pled guilty to one count of second-degree theft. Defendant was sentenced to probation and subsequently admitted to two probation violations. Based on those admissions, the trial court revoked probation and sentenced defendant to three consecutive 45-day jail sentences, and ordered that he may serve the last 60 days of those sentences in residential treatment program.

Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.